IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001<br><br>*This document relates to:*<br><br>*Gaston, et. al v. The Islamic Republic of Iran, No. 18-cv-12337, Gaston, et. al. v. Kingdom of Saudi Arabia, No. 18-12338, Johnson, et al. v. The Islamic Republic of Iran, 18-cv-12344, Johnson, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12346, Rodriguez, et. al. v. The Islamic Republic of Iran, No. 18-cv-12347, Rodriguez, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12348, Knight et. al. v. The Islamic Republic of Iran, No. 18-cv-12398, Knight, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12399, Desimone v. The Islamic Republic of Iran, No. 21-07679, Desimone v. Kingdom of Saudi Arabia, No. 17-00348* | Case No. 1:03-md-01570-GBD-SN |

### **[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION**

The Motion of Robert Keith Morgan for admission to practice Pro Hac Vice before this Court in the above-captioned cases is GRANTED. Robert Keith Morgan has declared that he is a member of good standing of the bar of the District of Columbia, and that his contact information is as follows:

>Robert Keith Morgan
>The Miller Firm, LLC
>108 Railroad Avenue
>Orange, VA 22960
>Tel: 540-672-4224
>Fax: 540-672-3055
>kmorgan@millerfirmllc.com

Robert Keith Morgan having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-captioned actions:

IT IS HEREBY ORDERED that Robert Keith Morgan is admitted to practice Pro Hac Vice in the above-captioned cases in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys

Dated: _____

                                          SARAH NETBURN
                                          United States Magistrate Judge